# Exhibit B

## Voter Registration Record

### Source Information

| | |
|---|---|
| Information Current Through: | 12/01/2021 |
| Database Last Updated: | 01/20/2022 |
| Update Frequency: | ANNUAL |
| Current Date: | 04/15/2022 |

### Voter History

| | |
|---|---|
| General 2016 | VOTED |
| Pres Primary 2016 | VOTED |
| Primary 2020 | VOTED |
| General 2020 | VOTED |
| Last Date Voted: | 11/03/2020 |

### Name and Personal Information

| | |
|---|---|
| Name: | JAMES STEVEN VAGLICA |
| Address: | 3705 ILLINOIS AVE SW<br>WYOMING, MI 49509 |

### Demographic Information

| | |
|---|---|
| Date of Birth: | /XX1946 |
| Age: | 65+ |
| Gender: | MALE |

### Registration Information

| | |
|---|---|
| Voter Identification Number: | 103245989 |
| Registration Date: | 11/21/1995 |

*Thomson Reuters Legal is not a consumer reporting agency and none of its services or the data contained therein constitute a 'consumer report' as such term is defined in the Federal Fair Credit Reporting Act (FCRA), 15 U.S.C. sec. 1681 et seq. The data provided to you may not be used as a factor in consumer debt collection decisioning, establishing a consumer's eligibility for credit, insurance, employment, government benefits, or housing, or for any other purpose authorized under the FCRA. By accessing one of our services, you agree not to use the service or data for any purpose authorized under the FCRA or in relation to taking an adverse action relating to a consumer application.*

**End of Document**                                            © 2022 Thomson Reuters. No claim to original U.S. Government Works.

## Driver License Record

### Source Information

| | |
|---|---|
| Information Current Through: | 04/08/2022 |
| Database Last Updated: | 04/11/2022 |
| Update Frequency: | WEEKLY |
| Current Date: | 04/15/2022 |
| Source: | MI DEPARTMENT OF STATE |

### License Information

| | |
|---|---|
| Issuing State: | MI |
| License Type: | REGULAR |

### Other Information:

| | |
|---|---|
| Drivers License Number: | V242511112XXX |

### Licensee Information

| | |
|---|---|
| Name: | LESLIE CECILE VAGLICA |
| Residence Address: | 3708 ILLINOIS AVE SW<br>WYOMING, MI 49509 |
| County: | KENT |
| Date of Birth: | 02/XX/1960 |
| Gender: | FEMALE |
| File Acquired Date: | 05/28/2010 |

*Thomson Reuters Legal is not a consumer reporting agency and none of its services or the data contained therein constitute a 'consumer report' as such term is defined in the Federal Fair Credit Reporting Act (FCRA), 15 U.S.C. sec. 1681 et seq. The data provided to you may not be used as a factor in consumer debt collection decisioning, establishing a consumer's eligibility for credit, insurance, employment, government benefits, or housing, or for any other purpose authorized under the FCRA. By accessing one of our services, you agree not to use the service or data for any purpose authorized under the FCRA or in relation to taking an adverse action relating to a consumer application.*

**End of Document**                      © 2022 Thomson Reuters. No claim to original U.S. Government Works.