# Exhibit C

Delaware.gov                                                                                       Governor | General Assembly | Courts | Elected Officials | State Agencies

**Department of State: Division of Corporations**

Allowable Characters

**HOME**

## Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | 2775076 | Incorporation Date / Formation Date: | 7/18/1997 (mm/dd/yyyy) |
| Entity Name: | SPEEDWAY LLC | | |
| Entity Kind: | Limited Liability Company | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | THE CORPORATION TRUST COMPANY | | |
| Address: | CORPORATION TRUST CENTER 1209 ORANGE ST | | |
| City: | WILMINGTON | County: | New Castle |
| State: | DE | Postal Code: | 19801 |
| Phone: | 302-658-7581 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.
Would you like ○ Status  ○ Status,Tax & History Information

[Submit]

[View Search Results]                                                    [New Entity Search]

For help on a particular field click on the Field Tag to take you to the help area.

site map  |  privacy  |  about this site  |  contact us  |  translate  |  delaware.gov

Delaware.gov | Governor | General Assembly | Courts | Elected Officials | State Agencies

**Department of State: Division of Corporations**

Allowable Characters

**HOME**

### Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | 4681940 | Incorporation Date / Formation Date: | 3/8/2021 (mm/dd/yyyy) |
| Entity Name: | SEI SPEEDWAY HOLDINGS, LLC | | |
| Entity Kind: | Limited Liability Company | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

**REGISTERED AGENT INFORMATION**

| | |
|---|---|
| Name: | CORPORATE CREATIONS NETWORK INC. |
| Address: | 3411 SILVERSIDE ROAD TATNALL BUILDING STE 104 |
| City: | WILMINGTON |
| County: | New Castle |
| State: | DE |
| Postal Code: | 19810 |
| Phone: | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status ○ Status,Tax & History Information

[Submit]

[View Search Results]  [New Entity Search]

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov





# Franchise Tax Account Status

As of : 04/18/2022 08:48:44

**This page is valid for most business transactions but is not sufficient for filings with the Secretary of State**

| 7-ELEVEN, INC. | |
|---|---|
| Texas Taxpayer Number | 17510851318 |
| Mailing Address | 3200 HACKBERRY RD IRVING, TX 75063-0131 |
| ❓ Right to Transact Business in Texas | ACTIVE |
| State of Formation | TX |
| Effective SOS Registration Date | 11/21/1961 |
| Texas SOS File Number | 0017909000 |
| Registered Agent Name | CORPORATE CREATIONS NETWORK INC. |
| Registered Office Street Address | 5444 WESTHEIMER #1000 HOUSTON, TX 77056 |