# Exhibit D

JVR No. 1505130044, 2015 WL 2228504 (Mich.Cir.Ct.) (Verdict and Settlement Summary)

Copyright (c) 2019 Thomson Reuters/West
Circuit Court of Michigan, Sixth Judicial Circuit, Oakland County.

POPRAFSKI v. Z. WOLF; C. WOLF

2013-137362-NI

DATE OF INCIDENT: April 14, 2013
DATE OF TRIAL/SETTLEMENT: January 16, 2015

TOPIC:

LIABILITY:

General: Unspecified Intersection

Specific: Broadside Collision

**SUMMARY**
**Outcome: Plaintiff Verdict**
**Total: $507,333**
HIGH AMOUNT: $0

LOW AMOUNT: $0

**Related Court Documents:**
Plaintiff's first amended complaint: 2014 WL 8390127

Defendants' answer: 2014 WL 8390146

Verdict form: 2015 WL 1440570

Judgment: 2015 WL 1505084

**EXPERT-WITNESSES:**
**ATTORNEY:**
Plaintiff: James B. Rasor, The Rasor Law Firm, Royal Oak, MI
Plaintiff: Jonathan R. Marko, The Rasor Law Firm, Royal Oak, MI
Defendant: Thomas J. Azoni, Secrest Wardle P.C., Troy, MI
Defendant: Renee T. Townsend, Secrest Wardle P.C., Troy, MI

JUDGE: Daniel O'Brien

RANGE AMOUNT: $500,000 - 999,999

STATE: Michigan

COUNTY: Oakland

**PRIMARY INJURY: Spinal Nerve Injury**
Concussion; Headaches; Tinnitus; General Emotional Distress: Vehicular Collision

**SUMMARY**
**PLAINTIFF:**
Sex: F

**DEFENDANT:**
Sex: M

Organization Type: Wolf

Sex: F

Organization Type: Wolf

**DAMAGES:**
Compensatory Pain & Suffering: $400,000

Compensatory Future Wages: $107,333

Total Compensatory Award: $507,333

Punitive Damages: $0

Hedonic Damages: $0

Property Damages: $0

Interest: $0

Other Damages: $0

Loss of Services: $0

Comparative Negligence Percentage: 0

**FACTS:**
Nancy Poprafski a/k/a Poprafsky, a female, reportedly suffered spinal nerve damage which resulted in chronic numbness, tingling, and weakness of her extremities; a concussion which resulted in chronic headaches; ringing in her ears and depression, as a result of a public roadway, intersection collision between her eastbound motor vehicle and a southbound motor vehicle owned and/or operated by defendants Zissel and Cynthia Wolf. The plaintiff claimed the defendants' negligent, careless and negligent pro se driving, specifically failing to stop for a red light, failing to keep a proper lookout, failing to maintain proper vehicle control, traveling at an excessive rate of speed and failing to sound a horn in warning of the impending collision, caused the subject accident and her injuries. The defendants disputed the nature and extent of the plaintiff's claimed injuries and asserted

the affirmative defenses of a sudden emergency and comparative negligence by the plaintiff. The jury, finding the defendants' negligence caused the plaintiff's damages, awarded the plaintiff $107,333.33 for lost future earnings, $100,000 for past pain and suffering, and $300,000 for future pain and suffering.

Jury Verdict Research
COURT: Circuit

**End of Document**

© 2022 Thomson Reuters. No claim to original U.S. Government Works.

2010 WL 3707406 (Mich.Cir.Ct.) (Verdict and Settlement Summary)

Copyright (c) 2019 Thomson Reuters/West
WEST'S JURY VERDICTS - MICHIGAN REPORTS

Trip, Fall at Convention Center Costs City $160K

Circuit Court of Michigan, Third Judicial Circuit, Wayne County.

Richards v. City of Detroit

**Type of Case:**
Premises Liability • Slip/Trip & Fall

Premises Liability • Negligent Repair/Maintenance

Premises Liability • Public Property

**Specific Liability:** Invitee at convention center stepped into indentation in cement flooring underneath carpeting and fell

**General Injury:** Injuries to lumbar spine, cervical spine, head and bilateral knees; medical expenses; lost wages; loss of earning capacity

**Jurisdiction:**
State: Michigan
County: Wayne

**Related Court Documents:**
Plaintiff's complaint: 2008 WL 8088676

Plaintiff's motion for entry of judgment: 2010 WL 3602685

Case Name: Laura Richards v. City of Detroit, a
municipal corporation, and Cobo Hall Convention Center

**Docket/File Number:** 08-114666-NO

**Settlement: Plaintiff, $160,000.00**

**Settlement Range:** $100,000 - 199,999

**Settlement Date:** Feb. 12, 2010

**Judge:** Gershwin A. Drain
**Attorneys:**
Plaintiff: Francis A. Amicone, Frank R. Langton & Associates, Sterling Heights, Mich.
Defendant (City of Detroit): Calvert Bailey, Detroit, Mich.

**Trial Type:** Settlement
**Breakdown of Settlement:**
**$160,000.00 to plaintiff from defendant city of Detroit for damages**

**Summary of Facts:**
Laura Richards was reportedly walking through the main level of Cobo Hall Convention Center in Detroit, Mich., April 1, 2008. She said she stepped into an indentation or crack in the cement flooring that was beneath the carpeting, fell and sustained injures to her lumbar spine, cervical spine, head and knees.

Richards filed a lawsuit against the city and Cobo Hall Convention Center in the Circuit Court of Wayne County in June 2008. She alleged the defendants were the owners of the premises, maintained complete control of the premises, and had a duty to keep the premises in a safe condition.

The plaintiff contended the defendants were negligent and breached their duties by failing to repair or replace the concrete underneath the carpeting when they knew or had reason to know it was damaged or chipped and failing to exercise reasonable care to insure the concrete was in reasonable repair.

She claimed the defendants were also negligent by ignoring the notice provided by security guards and Cobo Hall patrons that the floor under the carpeting was in disrepair, failing to make timely and adequate inspections, failing to properly train and instruct employees to periodically inspect the premises, failing to employ proper personnel to remove or repair the defective floor, and failing to rope or cordon off the area in question.

The plaintiff sought damages for her medical expenses, lost wages, diminished earning capacity, pain, embarrassment, humiliation, suffering, emotional distress, mental anguish and disfigurement.

The plaintiff and the city of Detroit reportedly agreed to settle the matter for $160,000 in July 2009. The plaintiff filed a motion for entry of judgment in the amount of $160,000 against the city in January 2010, arguing the defendant's counsel failed or refused to provide a settlement draft.

Judge Gershwin Drain granted the motion Feb. 12, 2010.

Court: Circuit Court of Michigan, Third Judicial Circuit, Wayne County.

---

**End of Document**  © 2022 Thomson Reuters. No claim to original U.S. Government Works.

1993 WL 819564 (Mich.Cir.Ct.) (Verdict and Settlement Summary)

Copyright (C) 2019 by Association of Trial Lawyers of America

Circuit Court of Michigan, Forty-ninth Judicial Circuit, Osceola County.

## GERALD AND MARY BASSETT v. RONALD BAILEY

No. 91-5476-NI

No Date Given

TOPIC: AUTOMOBILE ACCIDENTS

**SUMMARY:**
Verdict: $375,000

**ATTORNEY(S):**
Plaintiff(s): Allen, Janet: Gaylord Shepherd, Kevin: Gyalord

RANGE AMOUNT: $200,000-499,999

STATE: Michigan
COUNTY: Osceola

TYPE OF INJURY: MULTIPLE INJURIES : torn meniscus and aggravation of arthritis in right shoulder and ruptured disc in cervical spine

**SUMMARY:**
**Plaintiff Information:**
Sex: Male

**FACTS:**
Overview: The plaintiff was a pedestrian MDOT worker standing on the shoulder of a road next to a large piece of road repair machinery when a car drove along the shoulder, catching his body resulting in a torn meniscus and aggravation of arthritis in his right shoulder and a ruptured disc in his cervical spine.

Association of Trial Lawyers of America
MI, Osceola County Circuit Court, No. 91-5476-NI

---

**End of Document**

© 2022 Thomson Reuters. No claim to original U.S. Government Works.